# United States District Court
## for the Northern District of Oklahoma

Case No. 25-cr-460-JDR

UNITED STATES OF AMERICA,

*Plaintiff,*

*versus*

ANDRES AVILA PINEDA; ANTHONY AVILA; *and* ANDRES AVILA JR.,

*Defendants.*

## OPINION AND ORDER

Defendants move declare this case a complex matter under 18 U.S.C. § 3161(h)(7)(B)(ii) and to adjourn the May 4, 2026 jury trial to October 5, 2026. Dkt. No. 66. The Government does not object to declaring the case complex. The Court grants the motion.

The Government superseded the indictment against the co-defendants on February 3, 2026. Dkt. No. 31. The superseding indictment charges one count of conspiracy to traffic firearms against all Defendants, including Ranferi Manriquez, who has not been apprehended. The discovery presently consists of several gigabytes of data across multiple cell phones and includes text messages, photographs, videos, and audio files, with additional potential discovery to be identified and produced. Most of the electronic communications from the cell phones are in Spanish, requiring each co-defendant, and the Government, to attempt to translate the communications from Spanish to English. The need to translate the discovery from Spanish to English will substantially increase the time necessary for all counsel to prepare their cases.

No. 25-cr-460

Due to the voluminous nature of the discovery, mostly in Spanish, along with multiple cash transactions with witnesses known and unknown, the co-defendants will require additional time beyond what is permitted under the Speedy Trial Act to review the discovery, prepare motions, and prepare for trial. Accordingly, the Court finds that this case should be declared complex. The co-defendant's joint, unopposed motion to declare this case complex is granted. The schedule discussed at the scheduling conference on March 6, 2026, will govern the remaining deadlines in this case

DATED this 11th day of March 2026.

*signature*

JOHN D. RUSSELL
*United States District Judge*